UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC HARRIS ET AL.,<br>           Plaintiffs,<br><br>vs.<br><br>NCR CORPORATION,<br>           Defendant. | CIVIL ACTION FILE<br><br>NO.  1:22-cv-00714-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of MOTION for Order Confirming Arbitrators' Attorneys Fee Awards/Orders and Entry of Judgment for Plaintiffs, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff Roseanne Adamson recover $78,396.25 in fees and $3,713.89 in costs, Plaintiff Felicia Griffith recover $92,267.25 in fees and $2,311.17 in costs, Plaintiff Eric Harris recover $109,226.70 in fees and $8,160.64 in costs, Plaintiff Cheryl Miller recover $35,918.25 in fees and $300 in costs, Plaintiff Steven Nwagbara recover $43,723.97 in fees and $592.16 in costs with supplemental fees of $4,500.00, Plaintiff Shantia-Majors Parks recover $52,248.30 in fees and $551.99 in costs, Plaintiff Deedie Prease-Smith recover $39,963.70 in fees and $300.00 in costs, Plaintiff LaDawn Ray recover $56,916.93 in fees and $490.22 in costs, Plaintiff Michelle Washington recover $42,716.63 in fees and $300.00 in costs, and Plaintiff Dana Wright recover $45,554.70 in fees and $300 in costs from Defendant for a total amount of $601,432.68 in fees and $17,020.07 in costs.

Dated at Atlanta, Georgia this 22nd day of July, 2024.

KEVIN P. WEIMER
CLERK OF COURT


By:  s/ T. Schoolcraft
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
July 22, 2024
Kevin P. Weimer
Clerk of Court


By:  s/ T. Schoolcraft
        Deputy Clerk