**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ERIC HARRIS,<br>　　　　　Plaintiff,<br><br>vs.<br><br>NCR CORPORATION,<br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-00714-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of Plaintiff's MOTION for Attorney Fees and Supplemental MOTION for Order, and the court having GRANTED in part and DENIED in part said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendant $29,389.50 in supplemental attorneys' fees and $14,954.75 in interest.

Dated at Atlanta, Georgia this 7th day of November, 2024.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By: _s/ T. Schoolcraft_
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
November 7, 2024
Kevin P. Weimer
Clerk of Court


By: _s/ T. Schoolcraft_
　　　Deputy Clerk